UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CR 24-285-01 (BAH |
| | : | CASE NO. |
| v. | : | |
| | : | **FILED** |
| WILLIAM IRVIN FULLER, | : | |
| | : | AUG 0 2 2024 |
| Defendant. | : | |
| | | Clerk, U.S. District and Bankruptcy Courts |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, William Irvin Fuller, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the following facts beyond a reasonable doubt.

### *The Attack at the U.S. Capitol on January 6, 2021*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.     On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3,

2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.     At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.     At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *William Irvin Fuller's Participation in the January 6, 2021 Capitol Riot*

8. The defendant, William Irvin Fuller, lives in Mt. Pleasant, PA. Fuller traveled with another person by car from Pennsylvania to Washington, DC to attend the "Stop the Steal" rally on January 6, 2021.

9. Fuller entered the U.S. Capitol on January 6, 2021. Specifically, Fuller entered the Capitol through a broken window next to the Senate Wing Door at approximately 3:12 p.m. Fuller is circled in yellow in the below screenshots from Capitol surveillance footage, included as Images 1 and 2, which show him standing just outside the window and then pulling up his facemask and entering through the window.



*Images 1 and 2*

10. Fuller knew that he was not authorized to enter the U.S. Capitol building. Before he entered the building, Fuller saw other rioters climbing through the window, saw law enforcement inside who appeared to be vastly outnumbered by the rioters, and could hear an alarm blaring. He entered the building through a broken window, and stepped down onto broken pieces of signs, as shown in Image 3 below, in which Fuller is circled in yellow.



*Image 3*

11.    At approximately 3:13 p.m., Fuller left the Capitol building through the Senate Wing Door. A still image from the surveillance footage is included below as Image 4, with Fuller circled in yellow.



*Image 4*

### *Elements of the Offense*

12.    The parties agree that 40 U.S.C. § 5104(e)(2)(D) requires the following elements:

    a)  First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

    b)  Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

    c)  Third, the defendant acted willfully and knowingly.

13.    The parties agree that 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

    a)  First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    b)  Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

14.    The defendant knowingly and voluntarily admits to all the elements as set forth above in paragraphs 12 and 13. Specifically, the defendant admits that he entered the U.S. Capitol on January 6, 2021, knowing that he was not allowed to come inside, and that he willfully and knowingly engaged in disorderly or disruptive conduct in the U.S. Capitol Building with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress, and that he willfully and knowingly paraded, demonstrated, or picketed in the U.S. Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ John Oxenreiter*
John Oxenreiter
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, William Irvin Fuller, have read this Statement of the Offense and have discussed it with my attorney, Craig Kauzlarich. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _7-14-24_

_____
William Irvin Fuller
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _7/23/24_

_____
Craig Kauzlarich
Attorney for Defendant