

Craig E. Kauzlarich, Esquire
PA Attorney I.D. No.: 208858
2 West High Street
Carlisle, Pennsylvania 17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  24-cr-0285 (BAH) |
| | : | |
| WILLIAM IRVIN FULLER | : | |
| Defendant | : | |

## DEFENDANT'S PRE-SENTENCING MEMORANDUM

**AND NOW**, comes the Defendant, William Irvin Fuller, by and through his counsel, and submits the following Pre-Sentencing Memorandum, respectfully requesting the Honorable Court impose a sentence of probation or home detention.

**I.      Statement of the Case**

On January 6, 2021, William Fuller traveled with a friend from Pennsylvania to Washington, DC.  He attended the rally where the 45th President of the United States spoke.  When his travel companion decided to walk from the rally to the Capitol, William willingly accompanied him.  At 3:12 P.M., Mr. Fuller entered the Capitol building through a previously-broken window next to the Senate Wing Door.  PSR ¶ 19. He exited the Capitol through the Senate Wing Door at approximately 3:13 P.M. PSR ¶ 22.

On June 11, 2024, Mr. Fuller was charged via four count misdemeanor Information. On August 2, 2024, Mr. Fuller entered guilty pleas to Counts 3 and 4 of the Information, Disorderly Conduct in Capitol Building or Grounds in violation of 40 U.S.C. § 5104(e)(2)(D) and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), respectively.

## II. Legal Precepts

Count 3, 40 U.S.C. § 5104(e)(2)(D) is a petty offense, class B misdemeanor punishable by up to 6 months imprisonment or 5 years probation, but not both. 40 U.S.C. § 5109(b); 18 U.S.C. § 3561(c)(2); United States v. Little, 78 F.4th 453 (D.C. Cir. 2023)(finding a single petty offense conviction punishable by imprisonment or probation, but not both). Count 4, 40 U.S.C. § 5104(e)(2)(G) is likewise a petty offense, class B misdemeanor punishable by up to 6 months imprisonment or 5 years of probation, but not both. *Id.* As class B misdemeanors, the United States Sentencing Guidelines do not apply.

## III. Section 3553(a) Factors

### a) The History and Characteristics of the Defendant

William Irvin Fuller was born in Westmoreland County, Pennsylvania in 1993. Both his parents were in their mid-teens at time of his birth. PSR ¶ 53 (mother and father are currently 45 years old). His homelife as a child was "chaotic" due to his parents' abuse of drugs and alcohol and their physical fights, and his father's physical

2

abuse of William and his brothers, and poverty.  PSR ¶ 55.  William left his mother's home at age 10, living on the streets and staying with friends until age 12 or 13, at which point he became homeless, sleeping in parks and relying on the charity of others to eat.  PSR ¶ 56.  Complicating matters further, Will was diagnosed as having depression and anxiety at a young age, and later determined to have Bi-polar disorder stage III.  PSR ¶ 67.  He is provided a caseworker and a mental health therapist by the Commonwealth of Pennsylvania; he sees the caseworker monthly for assistance with paying bills, paperwork, and other responsibilities.  *Id.*

Given his parents abuse of drugs and alcohol during his youth, it is unsurprising that Will would experiment with substances at a young age.  He experimented with alcohol in middle school and found it turned him into a different person and stopped drinking in adulthood.  PSR ¶ 71.  He regularly used marijuana from age 13 until arrest in this case.  PSR ¶ 73.  Most significantly, Mr. Fuller started snorting heroin at age 18 and this escalated to addiction and daily use for five years.  PSR ¶ 76.  At approximately age 24, Mr. Fuller received inpatient rehabilitation treatment and has not used heroin since.  *Id.*

Despite all of this difficulty, at age 16, Will became a volunteer firefighter, and graduated from Southmoreland High school in 2012.  PSR ¶ 58, 77.  Mr. Fuller has maintained employment for the last 10 years, most recently working nightshift loading trucks for US Foods in Greensburg, Pennsylvania for the past 3 years.  PSR ¶ 79.

3

This job will remain available to him absent a custodial sentence. *Id.* Previously, he worked as a mover and trash collector. PSR ¶ 80-1.

Mr. Fuller acquired a large number of summary offense convictions between 2013 and 2022. PSR ¶ 28-47. However, it should be noted that of the twenty adult citations, five resulted from a single incident, eleven were traffic offenses and none resulted in jail time or even probation. Mr. Fuller has not previously been convicted of a misdemeanor as each of the priors listed is a summary offense under Pennsylvania law. It should further be noted that the bulk of these citations were incurred between 2013 and 2015, a period during which Mr. Fuller's use of heroin was escalating but before he received inpatient rehabilitation treatment in approximately 2017. PSR ¶ 76.

Mr. Fuller has a 9-year-old daughter whom he sees daily and supports financially by paying for her daycare and splitting other expenses with her mother. PSR ¶ 61. Will has been compliant with conditions of pretrial release. PSR ¶ 11.

b) **The Nature and Circumstances of the Offense**

Mr. Fuller's involvement with the events of January 6, 2021 was quite limited. He willingly accompanied his travel companion from the rally to the Capital Building. He was in the Capital Building for only about one minute. PSR ¶ 19, 22. Knowing he was not permitted to be there, he quickly departed without incident. At no time did

4

Mr. Fuller engage in, or intend to engage in, any violent conduct nor try to obstruct the proceedings of the Congress. He did not bring, possess, or use any weapons. He did not damage or steal any property.

After departing the Capital Building, Mr. Fuller continued about his life. He did not relocate, flee or conceal himself in any way. When confronted by federal agents some months later, he accepted responsibility for his conduct and later entered a guilty plea at the first practical opportunity.

### IV. Conclusion

**WHEREFORE**, for the reasons set forth above, William Fuller respectfully requests This Honorable Court impose a sentence of probation or home detention so that he may continue working and supporting his daughter.

Date:  October 28, 2024  Respectfully submitted,

**ABOM & KUTULAKIS, L.L.C.**
_____/s/_____
Craig E. Kauzlarich, Esquire
PA Attorney I.D. No. 208858
2 West High Street
Carlisle, PA 17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  24-cr-0285 (BAH) |
| | : | |
| WILLIAM IRVIN FULLER | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

AND NOW comes Craig E. Kauzlarich, counsel for William Irvin Fuller, and certifies that a true and correct copy of the foregoing Sentencing memorandum has been served upon AUSA John Oxenreiter, via E.C.F.

John.Oxenreiter@usdoj.gov

Date: October 28, 2024                                                                 Respectfully submitted,

**ABOM & KUTULAKIS, L.L.C.**
_____/s/_____
Craig E. Kauzlarich, Esquire
PA Attorney I.D. No. 208858
2 West High Street
Carlisle, PA 17013
(717) 249-0900